UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Auth Token LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>Citizens Financial Group, Inc.,<br><br>                  Defendant. | 25 Civ. 3866 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **July 9, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **July 16, 2025,** at **11:30 A.M. EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

In their joint letter, the parties state "Defendant contends that fact discovery should be stayed pending its Motion to Dismiss, which would dispose of this Action in its entirety." It is hereby **ORDERED** that Defendants shall file any motion to stay discovery by **July 24, 2025**. Plaintiff's reply, if any, shall be due by **July 31, 2025**.

SO ORDERED.

Dated: July 10, 2025
       New York, New York

                                                      DALE E. HO
                                                  United States District Judge