UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Auth Token LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>Citizens Financial Group, Inc.,<br><br>       Defendant. | 25-CV-3866 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

  The Court is in receipt of three motions filed in this case: Defendant's motion to dismiss, ECF No. 15; Defendant's motion to stay pending resolution of its motion to dismiss, ECF No. 23; and Plaintiff's motion for leave to file a first amended complaint, ECF No. 25. Plaintiff's motion for leave to file a first amended complaint is unopposed. It is hereby ORDERED that Plaintiff's motion is **GRANTED**. Plaintiff shall file its First Amended Complaint **by Friday, September 5, 2025**.

  Because Plaintiff's motion is granted, Defendant's motion to dismiss and motion to stay are **DENIED AS MOOT**.

  The Clerk of Court is respectfully directed to terminate ECF Nos. 15, 23, and 25.

  SO ORDERED.

Dated: September 3, 2025
    New York, New York

                           DALE E. HO
                       United States District Judge