**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

AUTH TOKEN LLC,

                Plaintiff,

     v.

CITIZENS FINANCIAL GROUP, INC.

             Defendant.

Case No. 1:25-cv-3866-DEH

---

**DEFENDANT CITIZENS FINANCIAL GROUP, INC.'S NOTICE OF**
**UNOPPOSED MOTION AND MOTION TO STAY DISCOVERY PENDING**
**RESOLUTION OF DEFENDANT'S MOTION TO DISMISS AUTH TOKEN LLC'S**
**FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law in support of this Motion, and all of the prior pleadings and proceedings in this Action, Defendant Citizens Financial Group, Inc. ("Citizens"), by and through its undersigned counsel, respectfully moves this Court for an Order granting Citizens' Motion to Stay Discovery Pending Resolution of Defendant's Motion to Dismiss Auth Token LLC's First Amended Complaint For Failure to State a Claim.

The unopposed application is **GRANTED**.  The Court finds Defendant's have met the three factor test in establishing good cause to stay discovery.  *Merida Cap. Partners III LP v. Fernane*, No. 25-cv-01235, 2025 WL 1541072, at *3 (S.D.N.Y. May 30, 2025).  First, the motion to dismiss is potentially dispositive and, while the Court has not yet reached a decision on that motion, Defendants appear to raise substantial arguments that are not legally unfounded.  *Johnson v. N.Y. Univ. Sch. of Educ.*, 205 F.R.D. 433, 434 (S.D.N.Y. 2002).  Second, Plaintiff will not be unfairly prejudiced by a stay in discovery, as discovery is in its earliest stages and Plaintiff's own failure to meet previously agreed upon discovery deadlines demonstrates the non-urgent nature of discovery.  Third, discovery in this matter is likely to be extensive, weighing in favor of staying discovery until the dispositive motion to dismiss is decided.  Accordingly, discovery in this matter shall be stayed pending the Court's resolution of Defendant's pending motion to dismiss.  The Clerk of Court is respectfully requested to terminate ECF No. 30.

SO ORDERED.

Dated: October 27, 2025
New York, New York

Dale E. Ho
United States District Judge

1